UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MERT DUYMAYAN,<br><br>    Plaintiff<br><br>v.<br><br>DISCOUNT FIREARMS & AMMO, LLC, et al.,<br><br>    Defendant | Case No. 2:25-cv-00227-JAD-NJK<br><br>**Order Adopting Report & Recommendation and Dismissing Case**<br><br>ECF No. 10 |

On July 14, 2025, the magistrate judge entered this report and recommendation [10]:

    This is one of at least 14 cases recently filed in quick succession by Plaintiff.[1] In assessing Plaintiff's attestations of poverty in seeking to forego payment of the filing fee in this case, the Court has expressed extensive concerns as to the accuracy and completeness of the information being provided. *See* Docket No. 9 at 2-3;[2] *see also* Docket No. 7. In such circumstances, courts are permitted to make a factual inquiry into an applicant's financial status. *See, e.g.*, *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). On June 23, 2025, Plaintiff was ordered to pay the filing fee or file a renewed application to proceed *in forma pauperis*, along with a separate statement with fulsome explanation as to: how he pays his monthly bills without any source of income, how he managed to pay off his credit card debt without any source of income, how he has sufficient funds to purchase a firearm, and the circumstances of his car purchase. Docket No. 9 at

---

[1] *See also Duymayan v. Robinhood Securities LLC*, Case No. 2:25-cv-00220-JAD-EJY; *Duymayan v. Valley Hosp. Med. Ctr.*, Case No. 2:25-cv-00221-APG-NJK; *Duymayan v. Westland Real Estate Grp.*, Case No. 2:25-cv-00222-CDS-EJY; *Duymayan v. Elite Med. Ctr., LLC*, Case No. 2:25-cv-00223-CDS-DJA; *Duymayan v. FBI Las Vegas*, Case No. 2:25-cv-00224-RFB-DJA; *Duymayan v. American Express Co.*, Case No. 2:25-cv-00226-JAD-EJY; *Duymayan v. Las Vegas City Code Enforcement*, Case No. 2:25-cv-00225-GMN-EJY; *Duymayan v. Bank of Am.*, Case No. 2:25-cv-00248-GMN-DJA; *Duymayan v. NV Energy*, Case No. 2:25-cv-00707-CDS-MDC; *Duymayan v. Westland Real Estate Grp.*, Case No. 2:25-cv-00728-ART-BNW; *Duymayan v. Valley Hosp. Med. Ctr.*, Case No. 2:25-cv-00729-GMN-NJK; *Duymayan v. Valley Hosp. Med. Ctr.*, Case No. 2:25-cv-00980-CDS-MDC; *Duymayan v. Elite Med. Ctr.*, Case No. 2:25-cv-00982-CDS-MDC.

[2] The Court will not repeat its concerns herein, but incorporates the prior orders at Docket Nos. 7 and 9.

4.[3]  Plaintiff was required to comply with that order by July 7, 2025.  *Id.*  The Court warned that "[t]his will be the last opportunity for Plaintiff to substantiate his financial picture.  **Failure to comply with this order may result in a recommendation of dismissal.**"  *Id.* (emphasis in original).  Despite that warning, Plaintiff did not comply with the order.  Plaintiff did not pay the filing fee, file the financial information required, or otherwise respond to the order in any way.

This case cannot proceed without Plaintiff either paying the filing fee or filing an application to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a).  Moreover, Plaintiff's refusal to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: July 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

**ORDER**

The deadline for any party to object to this recommendation was July 28, 2025, and plaintiff neither objected nor asked to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 10] is ADOPTED in its entirety, and this case is DISMISSED.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 31, 2025

---

[3] The Court also ordered Plaintiff to provide statement copies of his brokerage and banking records.  *Id.*